NUMBER 13-11-00221-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE APOLONIO VILLARREAL

 

 



On Petition for Writ of Mandamus

and Motion for Emergency Stay.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez
and Benavides

Per Curiam
Memorandum Opinion[1]

Relator, Apolonio Villarreal, filed
a petition for writ of mandamus and a motion for emergency stay in the above
cause on April 12, 2011.  Through this original proceeding, relator seeks to
set aside various rulings issued by an administrative law judge in docket
number XXX-XX-XXXX.C, currently pending in the State Office of Administrative
Hearings.  

This Court's original jurisdiction
is governed by section 22.221 of the Texas Government Code.  See Tex. Gov’t Code Ann. § 22.221 (Vernon 2004). 
Section 22.221(b) expressly limits the mandamus jurisdiction of the courts of
appeals to writs of mandamus issued against “a judge of a district or county
court in the court of appeals’ district” or against a “judge of a district
court who is acting as a magistrate at a court of inquiry . . . in the court of
appeals district.”  See id. § 22.221(b).  The Court may also issue “all other
writs necessary to enforce the jurisdiction of the court.”  See id. §
22.221(a); In re Richardson, 327 S.W.3d 848, 851 (Tex. App.–Fort Worth
2010, orig. proceeding); In re Phillips, 296 S.W.3d 682, 684 (Tex.
App.–El Paso 2009, orig. proceeding).

The Court, having examined and
fully considered the petition for writ of mandamus and motion for emergency
stay, is of the opinion that we lack jurisdiction over this matter. 
Accordingly, the petition for writ of mandamus and motion for emergency stay
are DISMISSED for want of jurisdiction.  See Tex. R. App. P. 52.8(a), (d).

                                                                                                            PER
CURIAM

Delivered and filed the

12th day of April, 2011.

                                                

                                                                                                

 









[1] See Tex.
R. App. P. 52.8(d) (“When denying relief, the court may hand down an
opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).